IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 23-1510 T
(Judge David A. Tapp)

CITIGROUP, INC.,

                              Plaintiff,

v.

THE UNITED STATES,

                              Defendant.

**JOINT STATUS REPORT**

The parties submit this Joint Status Report pursuant to their commitment in the prior status report in this case.

As explained in prior status reports, this case involves three separate Netting Requests. The parties' settlement incorporates revised interest computations for each of the three Requests. The IRS will process all three of the Requests in sequence. The first stage must be processed and paid before the second. And the second stage must be processed and paid before the third. Due to their subject matter and complexity, only certain specialists in the IRS Service Center in Ogden, Utah, are capable of processing them.

The Department of Justice submitted the settlement computations to the Service Center on December 30, 2025. Upon receipt, the Service Center assigned the computations to a Tax Examiner in the Complex Interest group. Because the settlement computations were prepared by a specialist who no longer works for the Service, it was necessary for the assigned examiner to work through the settlement computations herself before they could be processed.

As of the date of this Report, the Service Center has processed stage one, and payments for that stage were sent to plaintiff electronically on January 30, 2026. The Service Center has also processed stage two, and payments for that stage were sent to plaintiff electronically on February 13, 2026. Defendant's counsel has sent interest computations and notices of adjustment to plaintiff's counsel for each of those stages, and plaintiff has identified no issues with the amounts that were computed and paid.

The examiner's stage three computations are under review by an IRS analyst. Defendant's counsel understands that the analyst and examiner hope to complete their work on stage three no later than February 27, 2026, and that -- barring any unforeseen difficulties -- stage three will be processed and paid then.

The parties respectfully propose that the Court require them to file a further status report within 30 days reporting on the status of IRS efforts to process the settlement computations.

|  |  |
|---|---|
|  | Respectfully submitted, |
| February 19, 2026 | *s/ Niles A. Elber* |
|  | NILES A. ELBER |
|  |   Attorney of Record |
|  |   Caplin & Drysdale, Chartered |
|  |   1200 New Hampshire Ave., N.W. |
|  |   8th Floor |
|  |   Washington, D.C. 20036 |
|  |   Tel: 202.862.7827 |
|  |   Fax: 202.429.3301 |
|  |   Email: nelber@capdale.com |

JAMES E. SALLES
M. BLAIR HLINKA
CONOR P. DESMOND
Of Counsel

Attorneys for Plaintiff

|  |  |
|---|---|
| February 19, 2026 | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>JOSHUA WU<br>Deputy Assistant Attorney General<br>Tax Litigation Branch<br><br>*s/Jason Bergmann*<br>JASON BERGMANN<br>    Assistant Director<br>    Tax Litigation Branch<br>    Civil Division, U.S. Department of Justice<br>    Voice: (202) 616-3425<br>    Fax: (202) 514-9440<br>    Email: jason.bergmann@usdoj.gov<br><br>*s/Dara B. Oliphant*<br>DARA B. OLIPHANT<br>Assistant Director, Trial Section Central<br><br>Attorneys for Defendant |

3